

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Dr. Michael Tyurin v. Citibank, NA a subsidiary of Citigroup, Inc.

Appellate case number:   01-17-00223-CV

Trial court case number:  1075493

Trial court:             County Civil Court at Law No. 3 of Harris County

    Appellant Dr. Michael Tyurin filed a motion to exceed the brief length and tendered his brief. We deny the motion and strike Dr. Tyurin's brief for the following reasons:

- A brief must not exceed 15,000 words if computer-generated, or 50 pages if not. TEX. R. APP. P. 9.4(i)(2)(B). Dr. Tyurin's brief, including the appendix, is 161 pages in length. The brief, which appears to be computer-generated, also fails to include the required Certificate of Compliance stating the number of words in the document. TEX. R. APP. P. 9.4(i)(3).

- The Statement of Facts contains citations to the Appendix rather than to the record. TEX. R. APP. P. 38.1(g) (statement of facts must be supported by record references).

- The Statement of Facts contains citations to authority and argument. *See* TEX. R. APP. P. 38.1(g) (must state the facts without argument).

- The Appendix should contain only those items listed in Rule 38.1(k) and only documents that are included in the record or the text of rules, regulations, statutes, or case law central to appellant's argument. *See* TEX. R. APP. P. 38.1(k).

    Accordingly, Dr. Tyurin's brief is struck and he is ordered to file a brief in compliance with the Texas Rules of Appellate Procedure **within 15 days of the date of this order**. TEX. R. APP. P. 9.4(k).

    It is so ORDERED.


Judge's signature: _/s/ <u>Michael Massengale</u>
                 ☒ Acting individually     ☐ Acting for the Court

Date: <u>May 23, 2017</u>